UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GERARD O'CONNOR,

    Plaintiff,

    -against-

NEW YORK CITY HOUSING AUTHORITY,
LOUIS SHAPIRO, Manager,
JULIUS BRILLER, Hearing Officer,

    Defendants.
-----------------------------------------------------------X

NOT FOR PUBLICATION
ORDER

08-CV-3623 (CBA)(LB)

AMON, United States District Judge:

This Court has received the Report and Recommendation of the Honorable Lois Bloom, United States Magistrate Judge, dated March 24, 2010. As no party has objected, the Court hereby adopts the recommendation of March 25, 2010 that plaintiffs' claims be dismissed and defendants' motion for attorney's fees denied. Plaintiffs' claims are clearly time-barred and precluded under principles of res judicata. Accordingly, consistent with the recommendations therein, the Court 1) grants defendants' motion for summary judgment and 2) denies defendants' motions for attorney's fees. The Clerk of the Court is directed to enter judgment in accordance with this Order and close this case.

    SO ORDERED.

Dated:    Brooklyn, New York
         April 28, 2010

/S/
Carol Bagley Amon
United States District Judge